Aaron Smalls
301 Ash Tree Rd
Columbia, SC
Aaron@aarondsmalls.com
803-922-5655

RCV'D - USDC COLA SC
MAR 12 '26 PM3:52

Date: March 12, 2026

To:
Clerk of the Court
U.S. District Court for the District of South Carolina

Declaration of Copyright Ownership and Subpoena Request

I, Aaron Smalls, declare under penalty of perjury:

Copyright Ownership
I am the creator and copyright owner of the work titled: "Renni Rucci Maternity Photos", a group of photos submitted with the United States Copyright Office under Case number 1-15101672911 on February 17th 2026.

Infringement by World Star HipHop LLC / Medialab Ai, Inc

On or about February 23rd 2026, the work was posted without authorization on WorldStarHipHop.com and the official WorldStarHipHop Facebook page at the following URL(s): https://www.facebook.com/worldstarhiphop/posts/rapper-renni-rucci-confirmed-shes-expecting-a-baby-while-her-man-blacc-zacc-is-c/1340135751480502/ ; https://worldstar.com/videos/wshh7brd0ltU9ukOB06p/renni-rucci-confirms-shes-expecting-a-baby-while-her-man-blacc-zacc-is-locked-up-on-federal-rico-charges?fbclid=IwY2xjawQdgJxleHRuA2FIbQIxMABicmIkETE1NjBKTUdIVDZaUHVIbmFzc3J0YwZhcHBfaWQQMjIyMDM5MTc4ODIwMDg5MgABHrOgwTWgH4L sg8CBL3VYtK9A8_-ZjQaF0cph6xo5KvbTwee53Q-qd24b8DG-_aem_x5XswQuLH0S-HLM2uQWpeQ

Evidence of Platform Control / User Upload Limitation
To verify the upload process, I attempted to create a WorldStarHipHop user account and upload a video of my own. My test revealed that:
There is no method for users to directly upload video content to the platform.
Clicking the "Submit Video" button signs users out and only allows submission via email and external video links, with instructions like:
"If your videos are already uploaded to a platform, simply paste the link here…"
No direct upload option exists within the website interface.

Screenshots documenting this process, including timestamps and all interface messages, are attached as Exhibit A.
This demonstrates that all content appearing on the platform, including the infringing work, is likely posted by internal staff or contractors, not by independent users.

Request for Subpoena
Pursuant to 17 U.S.C. §512(h), I respectfully request the Court to issue a subpoena to Worldstar, LLC / MediaLab AI, the operator of WorldStarHipHop.com, directing them to provide the following information for the account that posted the infringing work:
1. Name and email address associated with the uploader account
2. IP addresses and timestamps of content uploads
3. Any internal account or employee identifiers connected to the post
4. Records showing how the content was posted to WorldStarHipHop.com and the official Facebook page

Purpose of the Subpoena
This information is sought solely to identify the infringing party so that I may enforce my copyright rights.

Declaration of Good Faith
I declare that this request is made in good faith and is not intended to harass the platform but to protect my legally registered copyright.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 12th 2026
Signature: _____
Printed Name: Aaron Smalls